AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 15, 2025**

SEAN F. MCAVOY, CLERK

DALE MARK NORWICK )
*Plaintiff* )
v. )      Civil Action No. 2:25-CV-00166-RLP
BENTON COUNTY, WASHINGTON; and ANDREW KELVING MILLER, individually and in his capacity as a former employee or agent of defendant BENTON COUNTY; and WASHINGTON STATE DEPARTMENT OF CORRECTIONS; and VIRGINIA JAMISON, individually and in her capacity as an employee and agent of defendant WASHINGTON STATE DEPARTMENT OF CORRECTIONS; and DIANNE ASHLOCK, individually and in her capacity as an employee and agent of defendant WASHINGTON STATE DEPARTMENT OF CORRECTIONS )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    DOC Defendants' Motion for Judgment on the Pleadings, ECF No.17, is GRANTED. Plaintiff Dale Norwick's 42 U.S.C. §1983, §1985, and Monell claims are DISMISSED with prejudice. Mr. Norwick's remaining state law claims are DISMISSED without prejudice.
Judgment in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    REBECCA L. PENNELL

Date: 10/15/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*